| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| DERWIN BUTLER, SR., <br><br> Plaintiff, <br><br> v. <br><br> ESCAMILLA, et al., <br><br> Defendant. | Case No. 1:17-cv-00623 MJS (PC) <br><br> **ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN TWENTY-ONE (21) DAYS** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form. On May 5, 2017, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the $400.00 filing fee. (ECF No. 3.) On May 24, 2017, Plaintiff attempted to file a motion to proceed in forma pauperis, but did so using an incorrect form. (ECF No. 6.) To proceed in forma pauperis in this action, Plaintiff must use the application provided by the Court on May 5, 2017. Another copy of the correct application will be provided with this Order.

Accordingly, IT IS HEREBY ORDERED that:

Within twenty-one (21) days of the date of service of this Order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension**

1

**will be granted without a showing of good cause. Failure to comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: May 30, 2017          /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE